```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

------------------------------------x
CHARLES A. ASPINWALL and ROBERT      :
HUTCHEON, individually and on        :
behalf of other similarly situated   :
individuals,                         :
                                     :
                Plaintiffs,          :    Civil No. 14cv388 (AWT)
                                     :
                                     :
v.                                   :
                                     :
RUDY'S LIMOSINE SERVICE, INC.,       :
ROY SPEZZANO and DANIEL SPEZZANO,    :
                                     :
                Defendants.          :
------------------------------------x
```

## ORDER APPROVING SETTLEMENT

The plaintiffs' Motion for Approval of Settlement (Doc. No. 54) is hereby GRANTED.

The court has reviewed the memorandum of law and the supplemental memorandum of law submitted in support of the instant motion, the Settlement Agreement and Release, the Declaration of Richard E. Hayber and the Declaration of Anthony J. Pantuso, III, and having done so, concludes that the prerequisites for the approval of the settlement in this case are satisfied.

First, there is a bona fide dispute in that the defendants deny liability, the defendants dispute whether or not overtime hours were worked and how compensable time should be calculated, the defendants claim that many of the drivers have been fully

1

paid as a result of a United States Department of Labor investigation, the defendants deny that liquidated and/or penalty damages apply, and the defendants deny that their conduct was willful.

Second, the court concludes that the proposed settlement is fair and reasonable.  The settlement is the result of arms-length negotiations, including an one-day mediation before a United States Magistrate Judge.  Both the named plaintiffs and the defendants were represented during the case and during the negotiations by legal counsel experienced in employment matters.  The twelve individuals (including the named plaintiffs) who opted into this action are being offered an amount as compensation for over-time hours that they claimed were worked that is approximately 91% of the amount these individuals claim to be owed.  In addition, 93 other individuals are receiving payment in return for their release of their remaining Connecticut law claims.  Also, the amounts being received by all the plaintiffs are reasonable when compared to the releases contemplated by the settlement agreement and the risks associated with continued litigation.

Finally, the amount proposed to be paid to counsel for the named plaintiffs to cover legal fees and costs is reasonable in light of the amount of work performed by counsel and in comparison to the recovery by all of the plaintiffs.

It is so ordered.

Dated this 28th day of May 2015, at Hartford, Connecticut.

                                                                    /s/
                                          Alvin W. Thompson
                                  United States District Judge